UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re                                           :        Case No. 09-14873 (JMP)
                                                :
                                                :        (Chapter 11)
Finlay Enterprises, Inc., et al.,               :
                                                :
                                                :        (Jointly Administered)
                                Debtors.        :

-------------------------------------------------------x

# APPOINTMENT OF COMMITTEE OF
# UNSECURED CREDITORS

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1. HSBC Bank USA, National Association, as Indenture Trustee
   10 East 40th Street
   New York, New York 10016-0200
   Attn: Sandra Horowitz, Vice President
   Tel. No. (212) 525-1300

2. U.S. Bank National Association
   100 Wall Street, Suite 1600
   New York, NY 10005
   Attn: James E. Murphy, Vice President
   Tel. No. (212) 361-6174

3. Richline Group, Inc.
   115 South Mac Questen Parkway
   Mount Vernon, New York 10550
   Attn: Dennis Ulrich
   Tel. No. (914) 699-0000

4. Vaishali Diamond Corporation
   579 Fifth Avenue, Suite 1475
   New York, New York 10017
   Attn: Rajesh Shah
   Tel. No. (212) 308–6033

5. Royal Jewelry MFG, Inc.
   1001 Avenue of the Americas, 7th Floor
   New York, New York 10018
   Attn: Ben Hakimian
   Tel. No. (212) 302-2500

6. Le Vian Corp
   235 Great Neck Road
   Great Neck, New York 11021
   Attn: Eddie Le Vian, Chief Executive Officer
   Tel No. (516) 466-7250

7. Simon Property Group, Inc.
   115 West Washington Street
   Indianapolis, In 46204
   Attn: Ronald M. Tucker, Vice President/Bankruptcy Counsel
   Tel No. (317) 263-2346

8. Taubman Landlords
   200 E. Long Lake Road, Suite 300
   Bloomfield Hills, MI 48304
   Attn: Andrew Conway
   Tel No. (248) 258-7427

9. Zale Corporation
   901 W. Walnut Hill Lane
   Irving, Texas 75038
   Attn: Hilary Molay
   Tele No. (972) 580-4502

Dated: New York, New York
August 13, 2009

DIANA G. ADAMS
UNITED STATES TRUSTEE

By: /s/ Paul K. Schwartzberg
Paul K. Schwartzberg
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500