WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                               **:**

**In re**                             **:**          **Chapter 11 Case No.**

                                               **:**

**FINLAY ENTERPRISES, INC.,** *et al.,*      **:**          **09-14873 (JMP)**

                                               **:**

         **Debtors.**                   **:**          **(Jointly Administered)**

                                               **:**

-------------------------------------------------------------x

**NOTICE OF FILING OF AMENDED EXHIBITS TO THE**
**ORDER APPROVING AGENCY AGREEMENT,**
**STORE CLOSING SALES AND RELATED RELIEF**

On September 25, 2009, the United States Bankruptcy Court for the Southern

District of New York (the "Court") entered an order approving agency agreement, store closing

sales and related relief [Docket No. 262] (the "Sale Order"). Pursuant to the Sale Order, the

Debtors have agreed to the terms of the sale in accordance with that certain Agency Agreement,

dated September 24, 2009, by and between Gordon Brothers Retail Partners LLC ("Gordon

Brothers"), as agent and Finlay Fine Jewelry Corporation (the "Agency Agreement"). Further,

pursuant to the Sale Order, the Debtors assumed that certain Consulting Agreement, dated March

20, 2009, between Finlay Fine Jewelry Corporation and Gordon Brothers (the "Consulting

Agreement").

Annexed hereto as <u>Exhibit A</u> is a revised Exhibit 11.1(c) to the Agency Agreement, detailing the list of pre-existing liens.  Please note that the revised exhibit reflects that Wilmington Trust FSB is the successor trustee for the second lien indenture.

Annexed hereto as <u>Exhibit B</u> is an amended Exhibit "E" to the Consulting Agreement, detailing the expense budget for the sale term.  Please note that the amended budget reflects a new termination date of December 31, 2009.

Dated: October 1, 2009
  New York, New York

        /s/ Shai Y. Waisman
        Lori R. Fife
        Shai Y. Waisman
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153-0119
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007

        Attorneys for Debtors and
        Debtors in Possession

# EXHIBIT A

US_ACTIVE:\43178960\02\43178960_2.DOC\45412.0003

**EXHIBIT 11.1( c ) List of Pre-Existing Liens**

General Electric Capital Corporation
401 Merritt 7, UL
Norwalk, CT 06851
Attn: Michael Watson, Business Analyst

Wilmington Trust FSB
As Successor Trustee under the Second Lien Indenture
166 Mercer Street, Suite 2-R
New York, NY 10012-3249
Attn: Adam Berman
Email: aberman@wilmingtontrust.com

HSBC Bank USA, National Association
as Trustee under the Third Lien Indenture
452 Fifth Avenue
New York, NY 10018
Attn: Joanne Ilse, V.P.

# **EXHIBIT B**

# Finlay Fine Jewelry Corporation
## Expense Budget
## Exhibit E
## Revised Sale Term of 3/21/09 through 12/31/09

| | | |
|---|---|---|
| # of Stores | 56 | |
| Sale Term: | 03/21/09 | 12/31/09 |
| | Saturday | Thursday |
| | | |
| # of days | 286 | |
| # of Weeks | 41 | |
| # of Store Weeks | 2,288 | |

**Operating Expenses:**

| | |
|---|---|
| Payroll | |
| Employee Wages | 8,943,296 |
| Commission | 1,534,921 |
| Incentive Bonus | 2,508,359 |
| Taxes & Benefits | 2,342,667 |
| **Subtotal Payroll** | **15,329,243** |
| | |
| Advertising | |
| Media and Signs | 10,109,618 |
| **Subtotal Advertising** | **10,109,618** |
| | |
| All Occupancy as per Company Per Diem Schedules | 17,422,610 |
| **Occupancy** | **17,422,610** |
| | |
| Miscellaneous | |
| Bank and Credit Card Fee's | 2,055,028 |
| Miscellaneous Expenses | 836,845 |
| Legal and Overhead | 416,888 |
| **Subtotal Miscellaneous** | **3,308,760** |
| | |
| Consulting Fees/Deferred Compensation/Travel | 3,886,390 |
| **Subtotal Supervision** | **3,886,390** |
| | |
| **Total Expenses** | **50,056,622** |