TOGUT, SEGAL & SEGAL LLP
Counsel for the
 Post-Confirmation Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
James J. Lee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-14873 (JMP) |
| FINLAY ENTERPRISES, INC., *et al.*, | : | |
| | : | (Substantively Consolidated) |
| Debtors. | : | |
| | : | (Post-Confirmation) |

------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO CLAIM NOS. 786 AND 789

**PLEASE TAKE NOTICE** that the objection of Eugene I. Davis, the Plan Administrator of Finlay Enterprises, Inc. and its affiliated debtors, the post-effective date debtors herein, to claim nos. 786 and 789 filed by Uni-Creation Inc d/b/a Unidesign contained in the Tenth Omnibus Claims Application (Docket No. 765), filed with the Court on August 18, 2010 is hereby withdrawn without prejudice.

Dated: New York, New York
       May 25, 2011

EUGENE I. DAVIS
 Plan Administrator, on Behalf of the
 Post-Effective Date Debtors,
By His Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Frank A. Oswald
FRANK A. OSWALD
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10019
(212) 594-5000